IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC.,<br><br>Plaintiff,<br>v.<br>AIGJINU, et al.,<br><br>Defendants. | Case No. 25-cv-14723<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Maria Valdez** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Warner Bros. Entertainment Inc. hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| DAMEIKEJI | 5 |
| FitWearPro Store | 50 |
| Jd | 105 |

2

Dated this 20th day of February 2026.    Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
George Sciarrino
Elizabeth Banegas
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com
george@tme-law.com
elizabeth@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*